| | |
|---|---|
| 1 | Raymond J. Tittmann, No. 191298 |
| | Peter D. Volz, No. 275943 |
| 2 | **CARROLL, BURDICK & McDONOUGH LLP** |
| | Attorneys at Law |
| 3 | 44 Montgomery Street, Suite 400 |
| | San Francisco, CA 94104 |
| 4 | Telephone: 415.989.5900 |
| | Facsimile: 415.989.0932 |
| 5 | Email: rtittmann@cbmlaw.com |
| | pvolz@cbmlaw.com |
| 6 | |
| 7 | Attorneys for Defendants |
| | CNA FINANCIAL, AMERICAN HOME ASSURANCE |
| | COMPANY AND ONEBEACON AMERICA |
| 8 | INSURANCE COMPANY (FOR ITSELF AND AS |
| | SUCCESSOR IN INTEREST TO COMMERCIAL UNION |
| 9 | INSURANCE COMPANY) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WARD and PIERCE WARD, | No. C13-03140 JCS |
| Plaintiffs, | **STIPULATION TO EXTEND THE TIME FOR CNA FINANCIAL AND GUARANTEE INSURANCE CO. TO RESPOND TO PLAINTIFFS' COMPLAINT** |
| v. | |
| AMERICAN ZURICH INSURANCE COMPANY, et al., | Hon. Magistrate Judge Joseph C. Spero |
| Defendants. | |

Pursuant to Civil Local Rules 5 and 6-1(a), Defendant CNA Financial Corporation, Defendant Guarantee Insurance Company, and Plaintiffs John Ward and Peirce Ward stipulate as follows:

The deadline by which Defendants CNA Financial and Guarantee Insurance must file and serve their response to Plaintiffs' Complaint is extended to July 30, 2013.

///

///

CBM-IPG\SF594832

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

1    Dated: July 16, 2013

CARROLL, BURDICK & McDONOUGH LLP

By   /s/
    Raymond J. Tittmann
    Peter D. Volz

Attorneys for Defendants CNA FINANCIAL, AMERICAN HOME ASSURANCE COMPANY AND ONEBEACON AMERICA INSURANCE COMPANY (FOR ITSELF AND AS SUCCESSOR IN INTEREST TO COMMERCIAL UNION INSURANCE COMPANY)

Dated: July 16, 2013

SHINGLER LAW

By   /s/
    Richard A. Brody

Attorneys for Plaintiffs JOHN WARD and PIERCE WARD

Dated: July 16, 2013

CHAMBERLIN, KEASTER & BROCKMAN LLP

By   /s/
    Robert W Keaster

Attorneys for Defendant GUARANTEE INSURANCE CO.

Dated: July 17, 2013

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

CBM-IPG\SF594832     -2-

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**