Raymond J. Tittmann, No. 191298
Peter D. Volz, No. 275943
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone: 415.989.5900
Facsimile: 415.989.0932
Email: rtittmann@cbmlaw.com
pvolz@cbmlaw.com

Attorneys for Defendants
CNA FINANCIAL, AMERICAN HOME ASSURANCE COMPANY AND ONEBEACON AMERICA INSURANCE COMPANY (FOR ITSELF AND AS SUCCESSOR IN INTEREST TO COMMERCIAL UNION INSURANCE COMPANY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WARD and PIERCE WARD,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN ZURICH INSURANCE COMPANY, et al.,<br><br>Defendants. | No. C13-03140 JCS<br><br>**STIPULATION TO EXTEND THE TIME FOR CNA FINANCIAL AND GUARANTEE INSURANCE CO. TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Hon. Magistrate Judge Joseph C. Spero |

Pursuant to Civil Local Rules 5 and 6-1(a), Defendant CNA Financial Corporation, Defendant Guarantee Insurance Company, and Plaintiffs John Ward and Peirce Ward stipulate as follows:

The deadline by which Defendants CNA Financial and Guarantee Insurance must file and serve their response to Plaintiffs' Complaint is extended to July 30, 2013.

///

///

CBM-IPG\SF594832

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

1  Dated:  July 16, 2013

2            CARROLL, BURDICK & McDONOUGH LLP

3

4            By       /s/

5                Raymond J. Tittmann
               Peter D. Volz

6            Attorneys for Defendants CNA FINANCIAL,
7            AMERICAN HOME ASSURANCE COMPANY
           AND ONEBEACON AMERICA INSURANCE
8            COMPANY (FOR ITSELF AND AS
           SUCCESSOR IN INTEREST TO
9            COMMERCIAL UNION INSURANCE
           COMPANY)

10

11  Dated:  July 16, 2013

12            SHINGLER LAW

13

14            By       /s/
               Richard A. Brody

15            Attorneys for Plaintiffs JOHN WARD and
16            PIERCE WARD

17  Dated:  July 16, 2013

18            CHAMBERLIN, KEASTER & BROCKMAN
19            LLP

20

21            By       /s/
               Robert W Keaster

22

23            Attorneys for Defendant GUARANTEE
           INSURANCE CO.

24  Dated: July 17, 2013

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]