➢AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California_____

John Ward and Pierce Ward
                Plaintiff (s),
V.
American Zurich Insurance Company, et al.
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:13-CV-3140 EMC

Notice is hereby given that, subject to approval by the court, __see attached__ substitutes
                                                                                                       (Party (s) Name)

__Raymond J. Tittmann__ , State Bar No. __191298__ as counsel of record in
   (Name of New Attorney)

place of __Carroll Burdick & McDonough LLP__
                (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
   Firm Name: Edison McDowell & Hetherington LLP
   Address: 1 Kaiser Plaza, Suite 1010, Oakland, CA 94612
   Telephone: (510) 628-2145    Facsimile (510) 628-2146
   E-Mail (Optional):

I consent to the above substitution.
Date: September 11, 2013              _/s/ John R. [signature]_
                                                    (Signature of Party (s))

I consent to being substituted.
Date: September 12, 2013              _[signature]_
                                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/10/2013              _Raymond J. Tittmann [signature]_
                                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/6/13              _Susan Illston [signature]_
                                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN WARD and PIERCE WARD v. AMERICAN ZURICH INSURANCE COMPANY, et al

No. 3:13-CV-3140 EMC

Attachment to CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the court, AMERICAN HOME ASSURANCE COMPANY AND ONEBEACON AMERICAN INSURANCE COMPANY (FOR ITSELF AND AS SUCCESSOR IN INTEREST TO COMMERCIAL UNION INSURANCE COMPANY) substitutes Raymond J. Tittmann, State Bar No. 191298 as counsel of record in place of Carroll Burdick & McDonough LLP.