IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WARD and PIERCE WARD,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AMERICAN ZURICH INSURANCE COMPANY, et al.,<br><br>　　　　Defendants.<br>_____ / | No. C 13-03140 SI<br><br>**ORDER TO PLAINTIFFS RE: FILING OPPOSITION TO DEFENDANT'S MOTION TO DISMISS; AND RE: DISMISSAL FOR FAILURE TO PROSECUTE** |

　　　Currently before the Court is defendant Guarantee Insurance Company's July 30, 2013 motion to dismiss. Docket No. 18. This case has since been reassigned, twice, and defendant's motion to dismiss is scheduled for hearing before this Court on November 15, 2013. As of this date, plaintiffs have not yet filed an opposition to defendant's motion.

　　　If plaintiffs intend to oppose defendant's motion, they must file their opposition on or before **October 18, 2013** and defendant's reply, if any, shall be due **November 1, 2013**. If plaintiffs fail to comply with this Order, the Court will DISMISS this case for failure to prosecute. Fed. R. Civ. Pro. 41(b).

　　　**IT IS SO ORDERED.**

Dated: October 7, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Susan Illston
　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE