

IT IS SO ORDERED
Judge Susan Illston

RONALD J. SHINGLER (C.S.B. #142089)
RICHARD A. BRODY (C.S.B. #100379)
SHINGLER LAW
3220 Lone Tree Way, Suite 100
Antioch, CA 94509
Telephone:  (925) 757-7020
Facsimile:  (925) 757-3260
Email:  ronshingler@shinglerlaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WARD and PIERCE WARD, | NO. 3:13-CV3140 SI |
| Plaintiffs, | STIPULATION OF DISMISSAL |
| vs. | |
| AMERICAN ZURICH INSURANCE COMPANY, et al. | |
| Defendants. | |

    IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that defendant GUARANTEE INSURANCE COMPANY is dismissed without prejudice pursuant to FRCP 41(a)(1).

    IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that each party shall bear their own costs and fees associated with this action.

///

///

STIPULATION OF DISMISSAL
1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that defendant GUARANTEE INSURANCE COMPANY will withdraw its motion for sanctions and motion to dismiss.

Dated:  October 11, 2013

/s/_____
Ronald J. Shingler
Attorney for Plaintiffs

/s/_____
Robert Wayne Keaster
Attorney for Defendant Guarantee Insurance Company