Raymond J. Tittmann, No. 191298
Jodi K. Swick No. 228634
**EDISON, McDOWELL & HETHERINGTON LLP**
1 Kaiser Plaza, Suite 1010
Oakland, CA 94612
Telephone:    510.628.2145
Facsimile:    510.628.2146
Email:raymond.tittman@ehmllp.com
       jodi.swick@emhllp.com

Attorneys for Defendants
AMERICAN HOME ASSURANCE COMPANY AND
ONEBEACON AMERICAN INSURANCE COMPANY
(FOR ITSELF AND AS SUCCESSOR IN INTEREST TO
COMMERCIAL UNION INSURANCE COMPANY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WARD and PIERCE WARD, | **No. 3:13-cv-03140-SI** |
| Plaintiffs, | HON. SUSAN ILLSTON |
| v. | STIPULATION AND [P~~ROPOSE~~D] ORDER TO RESCHEDULE DECEMBER 13, 2013 INITIAL CASE MANAGEMENT CONFERENCE |
| AMERICAN ZURICH INSURANCE COMPANY, et al., | |
| Defendants. | Old CMC Date: 12/13/2013<br>New CMC Date: 1/17/2014 |
| | Time: Same |

Pursuant to Local Rules 6-2 and 7-12, the parties stipulate through the undersigned counsel as follows:

WHEREAS, the Court ordered Plaintiffs and Defendants to appear at an Initial Case Management Conference on December 13, 2013 at 2:30 p.m.;

WHEREAS counsel for American Home Assurance Company and OneBeacon American Insurance Company has a scheduling conflict on December 13, and the parties

00340924.DOC

**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE DEC. 13, 2013 INITIAL CASE MANAGEMENT CONFERENCE**

1  have agreed that the initial case management conference may be held on January 17,
2  2014 at 2:30 p.m. instead;
3      WHEREAS counsel has confirmed with the Court's calendar clerk that the
4  Court is available to hold the initial case management conference on January 17, 2014,
5  and January 17, 2014 is the first court date after December 13 when the parties are
6  available.
7      THEREFORE, the parties, subject to the Court's approval, stipulate and
8  respectfully request:
9      1. The December 13, 2013 Initial Case Management Conference should be
10         rescheduled to January 17, 2014 at 2:30 p.m.
11     2. All related dates to the rescheduled initial status conference date shall be
12         reset accordingly.
13 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  November 19, 2013                EDISON, MCDOWELL, & HETHERINGTON LLP


By: *s/ Raymond Tittmann*
    Raymond J. Tittmann
    Jodi Swick

Attorneys for Defendants
AMERICAN HOME ASSURANCE
COMPANY AND ONEBEACON
AMERICAN INSURANCE COMPANY (FOR
ITSELF AND AS SUCCESSOR IN
INTEREST TO COMMERCIAL UNION
INSURANCE COMPANY)

Dated: November 19, 2013        SHINGLER LAW

By: *s/ Ronald Shingler*
　　Ronald J. Shingler
　　Richard A. Brody

Attorneys for Plaintiffs
JOHN AND PIERCE WARD

Dated: November 19, 2013        SINNOTT PUEBLA CAMPAIGN &
　　　　　　　　　　　　　　　　　　CURET, APLC

By: *s/ Blaise Curet*
　　Randy Mark Marmor
　　Blaise S. Curet

Attorneys for Defendants
AMERICAN ZURICH INSURANCE
COMPANY, ZURICH AMERICAN
INSURANCE COMPANY AND NORTHERN
INSURANCE COMPANY OF NEW YORK

Dated: November 19, 2013        BECHERER, KANNETT & SCHWEITZER

By: *s/ Mark Kannett*
　　Mark S. Kannett
　　Lori Schweitzer
　　Bridget Anne McKinstry

Attorneys for Defendants
AMERICAN ZURICH INSURANCE
COMPANY, ZURICH AMERICAN
INSURANCE COMPANY AND NORTHERN
INSURANCE COMPANY OF NEW YORK

Dated: November 19, 2013

AIWASIAN & ASSOCIATES

By: *s/ John Conway*
John Calvin Conway

Attorneys for Defendants
ACE PROPERTY & CASUALTY INSURANCE COMPANY, F/K/A CIGNA PROPERTY & CASUALTY INSURANCE COMPANY, F/K/A AETNA INSURANCE COMPANY

---

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. The December 13, 2013, Initial Case Management Conference is hereby rescheduled to January 17, 2014.

DATED: 11/19/13

Susan Illston
The Honorable Susan Illston
United States District Court Judge