Raymond J. Tittmann, No. 191298
Jodi K. Swick No. 228634
**EDISON, McDOWELL & HETHERINGTON LLP**
1 Kaiser Plaza, Suite 1010
Oakland, CA 94612
Telephone:   510.628.2145
Facsimile:    510.628.2146
Email: raymond.tittman@ehmllp.com
       jodi.swick@emhllp.com

Attorneys for Defendants
AMERICAN HOME ASSURANCE COMPANY AND
ONEBEACON AMERICAN INSURANCE COMPANY
(FOR ITSELF AND AS SUCCESSOR IN INTEREST TO
COMMERCIAL UNION INSURANCE COMPANY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN WARD and PIERCE WARD, | No. 3:13-cv-03140-SI |
|---|---|
| Plaintiffs, | HON. SUSAN ILLSTON |
| v. | STIPULATION AND [P~~ROPOSE~~D] ORDER TO RESCHEDULE DECEMBER 13, 2013 INITIAL CASE MANAGEMENT CONFERENCE |
| AMERICAN ZURICH INSURANCE COMPANY, et al., | |
| Defendants. | Old CMC Date: 12/13/2013<br>New CMC Date: 1/17/2014 |
| | Time: Same |

Pursuant to Local Rules 6-2 and 7-12, the parties stipulate through the undersigned counsel as follows:

WHEREAS, the Court ordered Plaintiffs and Defendants to appear at an Initial Case Management Conference on December 13, 2013 at 2:30 p.m.;

WHEREAS counsel for American Home Assurance Company and OneBeacon American Insurance Company has a scheduling conflict on December 13, and the parties

00340924.DOC

**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE DEC. 13, 2013 INITIAL CASE MANAGEMENT CONFERENCE**

1  have agreed that the initial case management conference may be held on January 17,
2  2014 at 2:30 p.m. instead;
3         WHEREAS counsel has confirmed with the Court's calendar clerk that the
4  Court is available to hold the initial case management conference on January 17, 2014,
5  and January 17, 2014 is the first court date after December 13 when the parties are
6  available.
7         THEREFORE, the parties, subject to the Court's approval, stipulate and
8  respectfully request:
9         1. The December 13, 2013 Initial Case Management Conference should be
10           rescheduled to January 17, 2014 at 2:30 p.m.
11        2. All related dates to the rescheduled initial status conference date shall be
12           reset accordingly.
13 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: November 19, 2013              EDISON, MCDOWELL, & HETHERINGTON LLP


                                      By: *s/ Raymond Tittmann*
                                          Raymond J. Tittmann
                                          Jodi Swick

                                      Attorneys for Defendants
                                      AMERICAN HOME ASSURANCE
                                      COMPANY AND ONEBEACON
                                      AMERICAN INSURANCE COMPANY (FOR
                                      ITSELF AND AS SUCCESSOR IN
                                      INTEREST TO COMMERCIAL UNION
                                      INSURANCE COMPANY)

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  November 19, 2013 | SHINGLER LAW |
| 3 | | |
| 4 | | By: *s/ Ronald Shingler* <br> Ronald J. Shingler <br> Richard A. Brody |
| 5 | | |
| 6 | | Attorneys for Plaintiffs <br> JOHN AND PIERCE WARD |
| 7 | | |
| 8 | Dated:  November 19, 2013 | SINNOTT PUEBLA CAMPAIGN & CURET, APLC |
| 9 | | |
| 10 | | |
| 11 | | By: *s/ Blaise Curet* <br> Randy Mark Marmor <br> Blaise S. Curet |
| 12 | | |
| 13 | | Attorneys for Defendants <br> AMERICAN ZURICH INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY AND NORTHERN INSURANCE COMPANY OF NEW YORK |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | Dated:  November 19, 2013 | BECHERER, KANNETT & SCHWEITZER |
| 18 | | |
| 19 | | |
| 20 | | By: *s/ Mark Kannett* <br> Mark S. Kannett <br> Lori Schweitzer <br> Bridget Anne McKinstry |
| 21 | | |
| 22 | | |
| 23 | | Attorneys for Defendants <br> AMERICAN ZURICH INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY AND NORTHERN INSURANCE COMPANY OF NEW YORK |
| 24 | | |
| 25 | | |

Dated: November 19, 2013

AIWASIAN & ASSOCIATES

By: s/ *John Conway*
   John Calvin Conway

Attorneys for Defendants
ACE PROPERTY & CASUALTY INSURANCE COMPANY, F/K/A CIGNA PROPERTY & CASUALTY INSURANCE COMPANY, F/K/A AETNA INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1.  The December 13, 2013, Initial Case Management Conference is hereby rescheduled to January 17, 2014.

DATED: 11/19/13

The Honorable Susan Illston
United States District Court Judge

00340924.DOC

-4-

**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE DEC. 13, 2013 INITIAL CASE MANAGEMENT CONFERENCE**