IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WARD,<br><br>        Plaintiff,<br><br>  v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>        Defendant.<br>                                        / | No. C 13-03140 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 23, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

MOTIONS: File by June 20, 2014, Opposition due: July 7, 2014, Reply due July 14, 2014
     and set for hearing on July 25, 2014 at 9:00 a.m.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 31, 2014.

DESIGNATION OF EXPERTS: 9/26/14; REBUTTAL: 10/13/14.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 31, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by October 31, 2014;

     Opp. Due November 14, 2014; Reply Due November 21, 2014;

     and set for hearing no later than December 5, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 27, 2015 at 3:30 PM.

JURY TRIAL DATE: February 9, 2015 at 8:30 AM.,
     Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 10 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel will try to arrange for a global settlement conference on February 7, 2014 with Judge Grillo.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 1/21/14

                                                                SUSAN ILLSTON
                                                                 United States District Judge