Raymond J. Tittmann, No. 191298
Jodi K. Swick No. 228634
**EDISON, McDOWELL & HETHERINGTON LLP**
1 Kaiser Plaza, Suite 1010
Oakland, CA 94612
Telephone:     510.628.2145
Facsimile:      510.628.2146
Email: raymond.tittmann@emhllp.com
          jodi.swick@emhllp.com

Attorneys for Defendants
ONEBEACON AMERICAN INSURANCE COMPANY
(FOR ITSELF AND AS SUCCESSOR IN INTEREST TO
COMMERCIAL UNION INSURANCE COMPANY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WARD and PIERCE WARD,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICAN ZURICH INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | No. 3:13-cv-03140-SI<br><br>HON. SUSAN ILLSTON<br><br>**STIPULATION AND [P~~ROPOSED~~]<br>ORDER TO RESCHEDULE PRETRIAL<br>PREPARATION DATES**<br>AS AMENDED |

WHEREAS, on January 21, 2014, the Court issued a Pretrial Preparation Order setting case management and trial dates as indicated below.

WHEREAS, the underlying default judgment in the Personal Injury Action[1], which Plaintiffs now seek to collect in this insurance coverage action, is currently on appeal. On or about April 2, 2014, the Court of Appeal announced that oral argument was set for April 29, 2014. A decision on the appeal is expected by the end of July 2014.

---

[1] Patricia Ward v. Ajax Boiler, Inc., et al. (Alameda County Superior Court Case No. RG12626502)("The Personal Injury Action"). On July 5, 2013, the Hon. Jo-Lynne Q. Lee denied Defendant Goss-Jewett's Motion To Set Aside Entry Of Default/Default Judgment Against Defendant Goss-Jewett Co. of Northern California. Goss-Jewett has filed an appeal from this Court's Order. That appeal is pending as Case Number A139306 in Division 3 in the First Appellate District.
00371879.DOC

1  WHEREAS, the issues in this insurance coverage action depend on how the appeal in the Personal Injury Action is resolved. Specifically, as previously advised, the insurer-defendants assert that the lack of notice prior to entry of default prejudiced them and renders the default uncollectable. *See, e.g.*, *Earle v. State Farm Fire & Cas. Co.*, 935 F. Supp. 1076, 1082 (N.D. Cal. 1996) (post-trial tender was deemed prejudicial as a matter of law, therefore forfeiting coverage). If the appeal is granted and the default judgment is overturned, this obviously affects the insurers' argument concerning prejudice.

THEREFORE, the parties agree that the deadlines in this insurance coverage action should be continued so that the notice-prejudice issue can be briefed after the appeal is decided. The parties therefore propose the following briefing dates, setting the summary judgment hearing on this issue for October 31, 2014, and subsequent deadlines following therefrom.

The Parties also propose a further case management conference for August 15, 2014, to discuss the anticipated appellate decision and any affect it may have on the dates proposed herein.

ACCORDINGLY, the parties stipulate and respectfully request that the Court enter an Order adopting the following proposed modification of deadlines:

| Event | Prior Dates | New Dates |
|---|---|---|
| Further Case Management | May 23, 2014 at 3:00 p.m. | August 15, 2014 at 3:00 p.m. |
| Motion for Summary Judgment re Notice Prejudice | June 20, 2014 | September 19, 2014 |
| Opposition to Motion for Summary Judgment re Notice Prejudice | July 7, 2014 | October ~~6~~ 3, 2014 |
| Reply to Opposition to Motion for Summary Judgment re Notice Prejudice | July 14, 2014 | October ~~20~~ 17, 2014 |
| Hearing re Motion for Summary Judgment re | July 25, 2014 | October 31, 2014 |

00371879.DOC                     -2-

**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE PRETRIAL PREPARATION DATES**

| Event | Prior Dates | New Dates |
|---|---|---|
| Notice Prejudice | at 9:00 a.m. | at 9:00 a.m. |
| Non-Expert Discovery Cutoff | October 31, 2014 | December 9, 2014 ~~January 2, 2015~~ |
| Designation of Experts | September 26, 2014 | November 21, 2014 ~~December 1, 2014~~ |
| Rebuttal (Experts) | October 13, 2014 | December ~~15~~, 2014 [1] |
| Expert Discovery Cutoff | October 31, 2014 | December 19, 2014 ~~January 2, 2015~~ |
| Last Day to File Dispositive Motions | October 31, 2014 | January 9, 2015 |
| Opposition to Motion for Summary Judgment | November 14, 2014 | January 23, 2015 |
| Reply to Opposition to Motion for Summary Judgment | November 21, 2014 | January 30, 2015 |
| Hearing re Motion for Summary Judgment | December 5, 2014 at 9:00 a.m. | February 13, 2015 at 9:00 a.m. |
| Pretrial Conference | January 27, 2015 at 3:30 p.m. | March 24, 2015 at 3:30 p.m. |
| Jury Trial Date | February 9, 2015 at 8:30 a.m. | April 6, 2015 at 8:30 a.m. |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  March 28, 2014

EDISON, MCDOWELL, & HETHERINGTON LLP

By: *s/ Raymond Tittmann*
Raymond J. Tittmann
Jodi Swick

Attorneys for Defendants
ONEBEACON AMERICAN INSURANCE COMPANY (FOR ITSELF AND AS SUCCESSOR IN INTEREST TO COMMERCIAL UNION INSURANCE COMPANY)

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 28, 2014 | SHINGLER LAW |
| 3 | | |
| 4 | | By: *s/ Ronald Shingler* |
| | | Ronald J. Shingler |
| 5 | | Richard A. Brody |
| 6 | | Attorneys for Plaintiffs |
| | | JOHN AND PIERCE WARD |
| 7 | | |
| 8 | | |
| 9 | Dated: March 28, 2014 | SINNOTT PUEBLA CAMPAIGN & CURET, APLC |
| 10 | | |
| 11 | | By: *s/ Blaise Curet* |
| | | Randy Mark Marmor |
| 12 | | Blaise S. Curet |
| 13 | | Attorneys for Defendants |
| 14 | | AMERICAN ZURICH INSURANCE COMPANY, ZURICH AMERICAN |
| 15 | | INSURANCE COMPANY AND NORTHERN INSURANCE COMPANY OF NEW YORK |
| 16 | | |
| 17 | | |
| 18 | Dated: March 28, 2014 | BECHERER, KANNETT & SCHWEITZER |
| 19 | | |
| 20 | | By: *s/ Mark Kannett* |
| | | Mark S. Kannett |
| 21 | | Lori Schweitzer |
| | | Bridget Anne McKinstry |
| 22 | | |
| 23 | | Attorneys for Defendants |
| | | TRAVELERS CASUALTY AND SURETY |
| 24 | | COMPANY F/K/A AETNA CASUALTY AND SURETY COMPANY |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Dated: March 28, 2014  AIWASIAN & ASSOCIATES

By: s/ *John Conway*
    John Calvin Conway

Attorneys for Defendants
ACE PROPERTY & CASUALTY INSURANCE COMPANY, F/K/A CIGNA PROPERTY & CASUALTY INSURANCE COMPANY, F/K/A AETNA INSURANCE COMPANY

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  AS AMENDED.

DATED: 4/15/14

The Honorable Susan Illston
United States District Court Judge

00371879.DOC   -5-

**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE PRETRIAL PREPARATION DATES**