IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WARD and PIERCE WARD,<br><br>    Plaintiffs,<br><br>   v.<br><br>AMERICAN ZURICH INSURANCE COMPANY, et al.,<br><br>    Defendants.<br>_____/ | No. C 13-03140 SI<br><br>**ORDER GRANTING TIG INSURANCE CO.'S MOTION TO INTERVENE** |

    TIG Insurance Company has filed a motion to intervene in this action. *See* Dkt. No. 61. The motion is unopposed, and it is GRANTED. The proposed Complaint in Intervention may be filed. The hearing scheduled for September 19, 2014 is VACATED.

**IT IS SO ORDERED.**

Dated: August 26, 2014

                                                                    SUSAN ILLSTON
                                                                    UNITED STATES DISTRICT JUDGE