# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOHN WARD, | No. C 13-03140 SI |
| Plaintiff, | **SECOND**<br>**PRETRIAL PREPARATION ORDER** |
| v. |  |
| TRAVELERS CASUALTY AND SURETY COMPANY, |  |
| Defendant. |  |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 21, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

MOTION FOR SUMMARY JUDGMENT RE: NOTICE/PREJUDICE:
    File by: 12/15/14, Opp. Due: 1/20/15, Reply due: 2/3/15.
    Hearing set: March 13, 2015 at 9 a.m.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is April 17, 2105.

DESIGNATION OF EXPERTS: 3/20/15; REBUTTAL: 3/30/15.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 17, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by May 1, 2015;

    Opp. Due May 15, 2015;  Reply Due May 22, 2015;

    and set for hearing no later than June 5, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 21, 2015 at 3:30 PM.

JURY TRIAL DATE: August 3, 2015 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court continued the trial schedule as indicated above.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/22/14

_____
SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California