UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WARD, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMERICAN ZURICH INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 13-cv-03140-SI<br><br>**ORDER RE: ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Currently before the Court is plaintiff's administrative motion to file under seal. Docket No. 83. Plaintiff has also filed a request for judicial determination that the e-mail it wishes to file under seal is not privileged. Docket No. 84.

The Court GRANTS plaintiff's motion to file under seal and will consider plaintiff's request for judicial determination of privilege. If defendants or intervenor wish to submit oppositions to plaintiff's request for judicial determination they should file with the Court a statement, not to exceed 5 pages, no later than **February 9, 2015**.

**IT IS SO ORDERED**.

Dated: February 2, 2015

_____
SUSAN ILLSTON
United States District Judge