MARK S. KANNETT (SBN 104572)
LORI A. SCHWEITZER (SBN 104882)
BRIDGET A. McKINSTRY (SBN 200219)
SCOTT M. BLOOM (SBN 183891)
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA  94608
Telephone:   (510) 658-3600
Facsimile:    (510) 658-1151

Attorneys for Defendant
TRAVELERS CASUALTY AND SURETY COMPANY,
formerly known as THE AETNA CASUALTY AND SURETY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WARD and PIERCE WARD<br><br>*Plaintiffs,*<br><br>vs.<br><br>AMERICAN ZURICH INSURANCE COMPANY, *et al.*,<br><br>*Defendants.* | Case No.: 13-cv-03140-SI<br><br>*Hon. Susan Illston*<br><br>**DEFENDANT TRAVELERS CASUALTY AND SURETY COMPANY'S APPLICATION FOR EXCUSE FROM PERSONAL ATTENDANCE**<br><br>*Assigned to Magistrate Judge Joseph C. Spero For Settlement Purposes*<br><br>Date: April 6, 2015<br>Time: 9:30 am<br>Dept: Courtroom G, 15th Floor |

Pursuant to the Notice of Settlement Conference and Settlement Conference Order dated March 19, 2015, Defendant Travelers Casualty and Surety Company ("Travelers") respectfully requests the Court allow James Vitelli, the Travelers "person in charge" to appear by phone standby at the upcoming settlement conference. Counsel who will appear will have full settlement authority.

Mr. Vitelli is Managing Counsel in Travelers SLG Environmental Litigation Group. He works in Hartford, Connecticut, and lives on the East Coast. He is unable to travel in advance of the April

6th settlement conference. He can and will be available by phone standby during the course of the conference. It would be a substantial hardship for him to travel to California at that time. Given the short notice of the settlement conference, and the distance to be traveled and his unavailability, we respectfully request this excuse from personal travel.

We greatly appreciate the Court's consideration of this application. Respectfully submitted:

DATED: March 23, 2015            BECHERER KANNETT & SCHWEITZER

By: /s/ Mark Kannett
Mark Kannett
Attorneys for Defendant
TRAVELERS CASUALTY AND SURETY COMPANY, formerly known as THE AETNA CASUALTY AND SURETY COMPANY

It is hereby ordered that this Application is DENIED.
Dated: 3/25/15.          /s/ Joseph C. Spero
                         Chief Magistrate Judge

## PROOF OF SERVICE

I, Kristina Kalkhorst, declare that I am employed in the County of Alameda, State of California; I am over the age of eighteen (18) years and not a party to the within entitled action; my business address is 1255 Powell Street, Emeryville, California 94608.

On **March 23, 2015**, I caused to be served the foregoing:

**DEFENDANT TRAVELERS CASUALTY AND SURETY COMPANY'S APPLICATION FOR EXCUSE FROM PERSONAL ATTENDANCE**

In said action by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ (By Mail) I deposited such envelope with postage thereon fully prepaid to be placed in the United States Mail at Emeryville, California. I am familiar with the mail collection practices of Becherer Kannett & Schweitzer Attorneys and pursuant to those practices the envelope would be deposited with the United States Postal Service the same day.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed **March 23, 2015**, at Emeryville, California.

_____
Kristina Kalkhorst

## SERVICE LIST

| | |
|---|---|
| *Attorneys for Plaintiffs*<br>**John Ward and Pierce Ward** | Ronald J. Shingler, Esq.<br>Richard A. Brody, Esq.<br>3220 Lone Tree Way, Suite 100<br>Antioch, CA 94509<br>Telephone: 925.757.7020<br>Facsimile: 925.757.3260 |
| *Attorneys for*<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY, F/K/A CIGNA PROPERTY & CASUALTY INSURANCE COMPANY, F/K/A/ AETNA INSURANCE COMPANY | John Calvin Conway, Esq.<br>Aiwasian & Associates<br>725 S Figueroa St, Ste 1050<br>Los Angeles, CA 90017<br>Telephone: 213.233.9650<br>Facsimile: 213.233.9651 |
| *Attorneys for*<br><br>AMERICAN HOME ASSURANCE COMPANY AND ONEBEACON AMERICAN INSURANCE COMPANY (FOR ITSELF AND AS SUCCESSOR IN INTEREST TO COMMERCIAL UNION INSURANCE COMPANY | Raymond J. Tittmann, Esq.<br>Edison, McDowell & Hetherington LLP<br>1 Kaiser Plaza, Ste 1010<br>Oakland, California 94612<br>Telephone: 510.628.2145<br>Facsimile: 510.628.2146 |
| *Attorneys for*<br><br>AMERICAN ZURICH INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY AND NORTHERN INSURANCE COMPANY OF NEW YORK | Randy Mark Marmor, Esq.<br>Blaise S. Curet, Esq.<br>Sinnott, Puebla, Campagne & Curet<br>2 Embarcadero Center, Ste. 1410<br>San Francisco, CA 94111<br>Telephone: 415.352.6200<br>Facsimile: 415.352.6224 |
| *Attorneys for*<br><br>TIG INSURANCE COMPANY | Sean B. Dean, Esq.<br>Wools & Peer, APLC<br>One Wilshire Blvd., 22nd Floor<br>Los Angeles, CA 90017-3876<br>Telephone: 213.629.1600<br>Facsimile: 213.629.1660 |

Becherer Kannett & Schweitzer

1255 Powell St.
Emeryville, CA
94608
510-658-3600

2
PROOF OF SERVICE